IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY EARL COPE, #244967, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:08cv761-WHA |
| ) | (WO) |
| RUSSELL THOAMIOS, ) | |
| ) | |
| Defendants. ) | |

**ORDER AND OPINION**

On January 27, 2009, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 14). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case is DISMISSED without prejudice.

Done this the 18th day of February, 2009.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE